UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:18-cv-61987 MOORE/SNOW

DANA MILLER,
individually and on behalf of all
others similarly situated,

       Plaintiff,

v.

NATURA MIRACLES INC.,
a New York corporation,

       Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Dana Miller, and Defendant, Natura Miracles Inc., by and through their undersigned counsel, hereby give notice that the parties have reached a settlement with respect to Plaintiff's claim. Plaintiff and Defendant anticipate filing a Notice of Dismissal within sixty (60) days.

Dated: February 5, 2019

Respectfully submitted,

| **EISENBAND LAW, P.A.** | **HACKWORTH LAW, P.A.** |
|---|---|
| */s/ Michael Eisenband* | */s/Jonathan Hackworth* |
| 515 E. Las Olas Boulevard, Suite 120 | 1818 North 15th Street |
| Ft. Lauderdale, Florida 33301 | Tampa. FL 33605 |
| Michael Eisenband | Jonathan E. Hackworth |
| Florida Bar No. 94235 | Florida Bar No. 84234 |
| MEisenband@Eisenbandlaw.com | *JHack@BHTampa.com* |
| Telephone: 954.533.4092 | Telephone: 813.280.2911 |
| | |
| *Counsel for Plaintiff* | *Attorneys for Defendant* |

**CASE NO. 0:18-cv-61987 MOORE/SNOW**

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 5, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

                                          */s/ Michael Eisenband*
                                          Michael Eisenband