UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:18-cv-61987 MOORE/SNOW

DANA MILLER,
individually and on behalf of all
others similarly situated,

   Plaintiff,

v.

NATURA MIRACLES INC.,
a New York corporation,

   Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between Plaintiff Dana Miller and Defendant Natura Miracles Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action, inclusive of all claims asserted by Plaintiff individually against Natura Miracles Inc., be, and the same hereby are, dismissed in its entirety with prejudice, with each party bearing its own fees and costs.

Date: March 4, 2019

Respectfully submitted,

| | |
|---|---|
| **EISENBAND LAW, P.A.** | **HACKWORTH LAW, P.A.** |
| */s/ Michael Eisenband* | */s/Jonathan Hackworth* |
| 515 E. Las Olas Boulevard, Suite 120 | 1818 North 15th Street |
| Ft. Lauderdale, Florida 33301 | Tampa. FL 33605 |
| Michael Eisenband | Jonathan E. Hackworth |
| Florida Bar No. 94235 | Florida Bar No. 84234 |
| MEisenband@Eisenbandlaw.com | JHack@BHTampa.com |
| Telephone: 954.533.4092 | Telephone: 813.280.2911 |
| *Counsel for Plaintiff* | *Attorneys for Defendant* |

CASE NO. 0:18-cv-61987 MOORE/SNOW

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

*/s/ Michael Eisenband*
Michael Eisenband